**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  ASSIGNMENT OF JUDGES OF | : | No. 339 Common Pleas Judicial |
| THE COURT OF COMMON PLEAS OF | : | Classification Docket |
| THE FIRST JUDICIAL DISTRICT OF | : | |
| PENNSYLVANIA | : | |
| | : | |

**O R D E R**

**PER CURIAM:**

AND NOW, this 26th day of September, 2016, upon consideration of the Petitions of the Honorable Sheila Woods-Skipper, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the assignment of Judges to divisions of the court, it is hereby ORDERED that the Petitions are granted and the following assignments are approved:

Trial Division

The Honorable Lucretia Clemons
The Honorable Stella Tsai